UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00194-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  FRED ROBINSON,
2.  ANDRE MCCARTER,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      In light of recent motions filed by Defendants, which toll speedy trial deadlines, the 4-day jury trial set for Monday, July 25, 2011 is **VACATED**.  The parties shall jointly contact chambers on or before **July 25, 2011** to set a hearing on pending motions.

      Dated:  July 15, 2011